UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/4/2026

STEVEN KENT,

Plaintiff,

-against-

MESSNER REEVES LLP,

Defendant.

-------------------------------------------------------------------X

25-CV-10515 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 27, 2026, Defendant filed a motion for leave to amend its answer. ECF No. 14.

Plaintiff shall file any response to the motion no later than Wednesday, May 6, 2026. If Plaintiff

does not file a response by that date, the Court will consider the motion unopposed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 4, 2026
              New York, New York