UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kent,

                              Plaintiff(s),

                v.                                                          25-CV-10515 (DEH)

Messner Reeves LLP,                                                        ORDER

                              Defendant(s).

DALE E. HO, United States District Judge:

        The parties shall appear for a conference in this matter on **June 1, 2026** at **12 P.M.**  The

conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-

4442 and entering the Phone Conference ID: 651 949 516, followed by the pound (#) sign.

SO ORDERED.

Dated:  May 29, 2026
          New York, New York

                                                        _____
                                                                DALE E. HO
                                                        United States District Judge