UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kent,<br><br>                    Plaintiff(s),<br><br>          v.<br><br> Messner Reeves LLP,<br><br>                    Defendant(s). | 25-CV-10515 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The conference scheduled for June 1, 2026 at 12 P.M. is **ADJOURNED** to **June 8, 2026**
at **2 P.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by
calling (646) 453- 4442 and entering the Phone Conference ID: 651 949 516, followed by the
pound (#) sign.  Defendant shall effectuate service of this Order on Plaintiff via overnight mail
and shall file proof of such service on the docket by **June 1, 2026**.

SO ORDERED.

Dated: June 1, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge