UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEVEN KENT,

                            Plaintiff,

                                                              25-CV-10515 (DEH)(SN)

              -against-

                                                              ORDER

MESSNER REEVES LLP,

                            Defendant.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**

  In light of the close of fact discovery on June 9, 2026, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  June 15, 2026
    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/15/2026