UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KENT,

Plaintiff,

v.

MESSNER REEVES LLC,

Defendant.

Case No. 1:25-CV-10515 (DEH)(SN)

**NOTICE OF MOTION**

**TO:** Steven Kent
Plaintiff *Pro Se*
651 N. Terrace Ave. Apt. 6B
Mt. Vernon, New York 10552
stevenkentatty@gmail.com

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Messner Reeves LLC's Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, the Declaration of Eric A. Savage and exhibits attached thereto, and all prior pleadings and proceedings in this action, Defendant Messner Reeves LLC will move this Court, before the Honorable Dale E. Ho, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of Defendant, dismissing Plaintiff's Complaint in its entirety with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: July 27, 2026
New York, New York

**LITTLER MENDELSON, P.C.**
Attorney for Defendant

By: */s/ Eric A. Savage*

Eric A. Savage
900 Third Avenue
New York, New York 10022.3298
Esavage@littler.com

Attorney for Defendant