UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN KENT,

Plaintiff,

-against-

MESSNER REEVES LLC,

Defendant.

Case No. 1:25-CV-10515 (DEH)(SN)

**DECLARATION OF ERIC A. SAVAGE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Eric A. Savage, hereby declare pursuant to 28 U.S.C. §1746:

1. I am an attorney duly admitted to practice before this Court and am a shareholder with Littler Mendelson, P.C., counsel for Defendant Messner Reeves LLC ("Defendant") in the above action. I submit this declaration in support of Defendant's Motion for Summary Judgment. I have personal knowledge of the matters set forth herein or knowledge based on my review of the files and records maintained in connection with this matter, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** are excerpts from the transcript of the deposition of Plaintiff Steven Kent, taken on April 16, 2026.

3. Attached hereto as **Exhibit B** is copy of Plaintiff's responses and objections to Defendant's First Set of Interrogatories and First Requests for Production of Documents.

4. Attached hereto as **Exhibit C** is a copy of documents produced in this action bearing Bates numbers SK-S-000298 through SK-S-000304, including Plaintiff's March 1, 2022 email to Jim Smith regarding "Attorney Reviews," Plaintiff's April 25, 2022 follow-up email to Mr. Smith, Plaintiff's April 28, 2022 email providing routing and account information, and Mr. Smith's April 28, 2022 email confirming that Messner Reeves would wire Plaintiff $25,000 for

services rendered.

5. Attached hereto as **Exhibit D** are copies of documents Plaintiff identified in discovery as concerning, reflecting, or referring to his alleged agreement with Messner Reeves, bearing Bates numbers SK-R-000001 through SK-R-000043, SK-S-000298 through SK-S-000315, and SK-E-000316 through SK-E-000429.

6. Attached hereto as **Exhibit E** is a correct copy of Plaintiff's Complaint filed in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026

E A Savage

Eric A. Savage