# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN KENT,<br><br>Plaintiff,<br><br>v.<br><br>MESSNER REEVES LLC,<br><br>Defendant. | 1:25-CV-10515<br>(DEH)(SN) |

**FIRST RESPONSE OF PLAINTIFF TO THE FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES OF DEFENDANT**

Plaintiff Steven Kent ("Plaintiff"), appearing *pro se* on his own behalf, and pursuant to Federal Rules of Civil Procedure 26, 33, and 34, the Initial Pretrial Conference Order of December 29, 2025, and the Court Conference of January 9, 2026, hereby responds, answers, and objects to the First Request for the Production of Documents and First Set of Interrogatories to Plaintiff of January 23, 2026 of Defendant Messner Reeves LLC ("Defendant"). Plaintiff produces herewith copies of responsive documents to the extent they exist and provides answers to said interrogatories. The production of any documents or information and the following answers shall not be deemed an admission as to the relevance or materiality to the subject matter of this action or a waiver of any objection to its admission into evidence, and Plaintiff reserves the right to amend or supplement these responses, answers, and objections to the extent permitted under the Federal Rules of Civil Procedure. In the document production, references to the designation "R" signifies "recruitment," "M" signifies "marketing," "B" signifies "billing," "S" signifies "separation," and "E" signifies "emails."

## DOCUMENTS REQUESTED

1. All documents between you and any person regarding the allegations in the Complaint.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-E 000429.

2. All documents and communications reflecting negotiations or discussions regarding Plaintiff's alleged engagement with Messner Reeves on an "of counsel" basis, including, but not limited to, compensation and/or fee sharing percentages.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-R 000043, SK-E 000316 to SK-E 000323, SK-E 000364 to SK-E 000381.

3. All documents and communications regarding any clients Plaintiff allegedly introduced to Messner Reeves.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in its General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-M 000111, SK-E 000316 to SK-E 000323, SK-E 000329, SK-E 000429.

4. All invoices, billing records, and time entries maintained by Plaintiff for work performed on matters Plaintiff introduced to Messner Reeves, including, but not limited to, the invoices listed in Paragraph 26 of the Complaint.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-B 000112 to SK-B 000297, SK-E 000364 to SK-E 000381.

5. All documents and communications concerning *pro bono* matters Plaintiff arranged for Messner Reeves, including, but not limited to, client names and scope of work.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-M 000111, SK-E 000342 to SK-E 0344, SK-E 000376 to SK-E 000428.

6. All documents concerning Plaintiff's efforts to promote the March 24, 2022, office-opening event, including the proposed invitee list, as alleged in Paragraph 34 of the Complaint.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-M 000111, SK-E 000329, SK-E 000429.

7. All documents reflecting any business development efforts undertaken by Plaintiff on behalf of Messner Reeves.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-M 000044 to SK-M 000111, SK-E 000329, SK-E 000429.

8. All documents and ESI constituting calendars, diaries, emails, or any other documents that relate to daily/weekly activities, planned, or engaged in by you, during the period covering your claimed engagement with Messner Reeves.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-M 000044 to SK-M 000111, SK-B 000112 to SK-B 000297, SK-E 000330 to SK-E 000362.

9. All documents containing any instruction, guidelines or policies provided by Messner Reeves regarding your work.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001-SK-R 000043, SK-S 000298-SK-S 000299, SK-S 000303-SK-S 000308, SK-S 000310, SK-E 000316 to SK-E 000323, SK-E 000346 to SK-E 000362.

10. All documents relating to any disputes, claims, or negotiations concerning compensation or originations credit with Levisohn Berger LLP or any other employer.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000037 to SK-R 000039, SK-S 000298 to SK-S 000315, SK-E 000324 to SK-E 000331.

11. All documents that concern any damages you seek in this action.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-B 000112 to SK-B 000297, SK-S 000298 to SK-S 000315, SK-E 000316 to SK-E 000323, SK-E 000364 to SK-E 000381, SK-E 000324 to SK-E 000346.

12. All documents and ESI relating to compensation you received, from any source (including but not limited to from Messner Reeves), including but not limited to, federal, state, and local tax returns, pay stubs or wage statements, invoices, receipts, and W-2 and 1099 forms, from June 1, 2019, to present.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000037 to SK-R 000039, SK-S 000298 to SK-S 000315, SK-E 000341, SK-E 000364 to SK-E 000381.

13. All documents, including but not limited to any audio or video recordings, that in any way concern or relate to any of the factual allegations in the Complaint.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-E 000429.

14. All written and recorded statements that you obtained from any person or source concerning any of the allegations in the Complaint.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 0000001 to SK-E 000429.

15. All documents concerning any reports provided to you by each expert retained for purposes of this litigation, including but not limited to, the reports themselves.

**RESPONSE**

No such documents presently exist.

16. All documents that you intend to introduce as an exhibit or which you may refer to during depositions or at trial.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to the Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-E 000429.

17. All documents on which you intend to rely, in whole or in part, in connection with any claim or defense in this Action.

**RESPONSE**

Plaintiff adopts the same objections asserted by Defendant in the General Objections and in Response No. 1 to its Objections and Responses of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff produces herewith documents bates numbered SK-R 000001 to SK-E 000429.

**INTERROGATORIES**

1. Identify each person known or believed by you to have personal knowledge of any of the facts at issue in the Complaint, or any of the events underlying the allegations in the Complaint or other pleading.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the names of such persons appear in the documents produced herewith bearing bates numbers SK-R 000001 to SK-E 000429, and include but are not limited to Plaintiff, Jim Smith, Abigal Nitka, Michelle Harden, and Mikhail Shah.

2. Identify the terms of your alleged engagement with Messner Reeves.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the terms of the engagement between the parties appear in the documents produced herewith bearing bates numbers SK-R 000001 to SK-R 000043, SK-S 000298 to SK-S 000315, and SK-E 000316 to SK-E 000429, and include an agreement to introduce law clients, bring legal assignments to Defendant, and arrange for engagements on a *pro bono* basis with disadvantaged clients. The parties agreed that Plaintiff would: 1) act as the principal attorney on all such client matters; 2) perform legal services for such clients; 3) cause the parties to issue invoices to such clients; 4) engage in and complete the collection of the monies billed to the clients; and 5) Plaintiff would be paid, commiserate with the payments to Defendant's other "of counsel" attorneys, fair and reasonable compensation for the monies received by Defendant through the efforts of Plaintiff.

3. Describe all documents exchanged between you and Messner Reeves regarding your compensation arrangement, including dates, participants, and substance of each document.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff

states that such descriptions appear in the documents produced herewith bearing bates numbers SK-R 0000001 to SK-R 000043, SK-S 000298 to 315, SK-E 000316 to SK-E 000429.

4. Identify all documents in which Messner Reeves allegedly promised to pay you a "fair" and "proportionate" share of fees.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that such promises appear in the documents produced herewith bearing bates numbers SK-R 000001 to SK-R 000043, SK-S 000298 to SK-S 000315, SK-E 000316 to SK-E 000429.

5. Identify all clients you introduced to Messner Reeves, including the name, contact information, and the nature of the legal matter.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the names of such clients appear in the documents produced herewith bearing bates numbers SK-R 0000001 to SK-M 000111, SK-S 000298 to SK-S 000315, SK-E 000316 to SK-E 000429.

6. Identify all amounts invoiced and collected by Messner Reeves from clients introduced by Plaintiff from May 1, 2020.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that such amounts appear in the documents produced herewith bearing bates numbers SK-B 000112 to SK-B 000297, SK-S 000298 to SK-S 000315, SK-E 000364 to SK-E 000381, and in addition, are set forth and summarized in paragraphs 11 and 36 of Plaintiff's Complaint.

7. Identify all persons with knowledge of your efforts to promote the March 24, 2022 office-opening party.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the names of such persons appear in the documents produced herewith bearing bates numbers SK-M 000044 to SK-M 000111, SK-E 000316 to SK-E 000429, and include but are not limited to Plaintiff, Jim Smith, Michelle Harden, others from the Denver and New York offices who attended the party, other party attendees, and Mikhail Shah.

8. Identify each person with whom you have communicated in any way and/or received any non-privileged statement concerning any aspects of the allegations in the Complaint and/or any aspect of Messner Reeves' defenses, including name, address, home telephone number and business telephone number of the person with whom you have communicated or who gave the statement and the date the communication was made or the statement was obtained.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the names of such persons appear in the documents produced herewith bearing bates numbers SK-R 000001 to SK-R 000043, SK-S 000298 to SK-S 000315, SK-E 000316 to SK-E 000429, including but not limited to Jim Smith, Abigal Nitka, Michelle Harden, others from the Denver and New York offices, and Mikhail Shah.

9. Identify, by dollar amount, each item of damages you claim in this Action, and the methods of calculation you used to arrive at the stated amount claimed.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that such amounts appear in the documents produced herewith bearing bates numbers SK-B 000112 to SK-B 000297, SK-S 000298 to SK-S 000315, SK-E 000316 to SK-E 000429, and in addition, are set forth and summarized in paragraphs 11, 23, 24, 25, 27, and 36 of Plaintiff's Complaint.

10. Identify each and every job, employment position, and/or independent contractor

position you held from January 1, 2017, through the present. For each position, please state the identities of each person who supervised you, the dates of each respective period of employment, the position(s) you held during each respective period of employment/contract, your job duties and responsibilities, any persons you have supervised, and the total annual compensation (as well as the components of that compensation) you received each year of employment.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that 1) for a portion of 2017, through March, Plaintiff served as a partner at Wilson Elser, was not supervised but worked with colleagues and supervised more junior partners, associate attorneys, paralegals, and staff; for the remainder of 2017, and during 2018, 2019, and through June 2020, Plaintiff worked on an "of counsel" basis at Levisohn Berger, was not supervised, but supervised the work of Jonathan Berger and Wanda Ruggerio. Commencing in June 2020 through April 2022, Plaintiff served on an "of counsel" basis at the New York offices of Defendant, was not supervised and supervised no other persons. Commencing in May 2024, and through the present, Plaintiff serves on an "of counsel" basis at Levisohn Berger, is not supervised and supervises no persons, but works with Jonathan Berger. Plaintiff's job duties and responsibilities during such time periods are marketing, securing paying clients and *pro bono* engagements, counseling clients on risk and loss mitigation issues, appearing in litigation matters and conducting trials, and generating invoices and collecting the amounts due on the invoices. Plaintiff's annual income has exceeded $100,000 for each such annual period (assuming there is a recovery by Plaintiff in this action).

11. Identify each person who assisted in preparing the responses to these Interrogatories or with whom you consulted in connection with the preparation of responses to these Interrogatories.

**RESPONSE**

No other person.

12. Identify all documents that were used to prepare your responses to these Interrogatories.

**RESPONSE**

Plaintiff adopts the same objections and reservation of rights asserted by Defendant in the General Objections and Reservation of Rights and in Response No. 1 to the Answers and Objections of

Defendant dated February 12, 2026. Subject to and without waiving these objections, Plaintiff states that the documents used were those produced herewith bearing bates numbers SK-R 000001 to SK-E 000429, and in addition, the Plaintiff's Complaint and exhibits.

13. Identify any expert witnesses Plaintiff has retained in connection with this action.

**RESPONSE**

None at this time.

Dated: March 17, 2026
Mt Vernon, New York

STEVEN KENT
**S/Steven Kent**
Attorney Pro Se for Plaintiff
651 N. Terrace Ave Apt. 6B
Mt Vernon, New York 10552
(646) 641-2391
stevenkentatty@gmail.com

To: LITTLER MENDELSON, P.C.
900 Third Ave.
New York, N.Y. 10022.3298

**VERIFICATION**

State of New York, County of Westchester: ss:

STEVEN KENT, aware of the penalties of perjury, affirms and states: I am the Plaintiff in this action. I have read the PLAINTIFF'S OBJECTIONS AND RESPONSES TO THE REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES OF DEFENDANT and know the contents to be true from my own knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true based upon the materials and communications I have reviewed.

Dated: March 17, 2026

**S/ Steven Kent**
Steven Kent

**CERTIFICATE OF SERVICE**

On the date given below I caused to be served the foregoing **PLAINTIFF'S OBJECTIONS AND RESPONSES TO THE REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES OF DEFENDANTS,** on the following individuals via email:

LITTLER MENDELSON, P.C.
900 Third Ave.
New York, N.Y. 10022.3298

Attn: Eric A. Savage esavage@littler.com
Emily M. Graves egaines@littler.com

*Counsel for Defendant.*

Dated this 17th day of March, 2026.

/s/ Steven Kent