# EXHIBIT C

4/29/22 Calculation 2020 3 13 4

**STEVEN KENT**
Attorney
**D:** 646.880.3712 **O:** 646.663.1860 **E:** skent@messner.com
88 Pine Street, Suite 2450, New York, NY 10005

2020: 7,106.50 / 8,603. / 9,294 / 25,004

21: 21,607 / 7,926 / 11,825 / 9,696 / 9,847 / 12,642 / 10,771 / 10,513 / 10,771 / 132,934

1437 / 7353 / 6180 / 6,298 — 22: 7,535 / 15,685 / 30,666 / 23,220 / 77,106

**From:** Steven Kent
**Sent:** Tuesday, March 1, 2022 7:37 PM
**To:** Jim Smith <jsmith@messner.com>
**Cc:** Steven Kent <stevenkentatty@gmail.com>
**Subject:** Attorney Reviews

Hi Jim,

I tried to phone you but I appreciate these are busy times and you are focusing on many issues. After reading this email please let me know when would be a good time for a discussion, or you can call me at 646 641 2391.

Before we get to talk, I am submitting billing reports on my collections since September 2020 so you are brought current on my production.

When I started at Messner I was unsure where things were headed with my existing work and new business opportunities. The collections on the existing work have been fine. The total collected is about $247,000. I expect this level of billing to continue, but to increase somewhat if my biggest case cannot be settled and ends up going to trial.

Covid and Abby Nitka's departure have created something of a barrier to integrating the younger attorneys into my work, which I would have liked but did not accomplish. I have therefore done the "associate level" work myself and billed it at a somewhat higher rate (and the client has not objected).

Should there be a trial I will probably need junior associate and paralegal help while the trial lasts, which may be a month or more. I have involved Jason McIntyre in a separate case and he seems to be interested in participating in the bigger case for the trial experience. I have shared this possibility with Mikhail Shah and he has reacted positively.

Of course New York is a small office, and except for me, the attorneys are mostly working remote. Everyone seems to be getting their work done just fine, but as Covid recedes as a threat things hopefully will return to past practice and the attorneys start using our new office.

Attached is a summary of the billings on my biggest case and the Jason McIntyre assignment. This should give you a clear picture of the dollar values I have brought into the firm, and for what I think provides a basis for a fair compensation package. I propose that my compensation for the billings from September 2020, the date of the first bill, to February 2022, the most recent bill, be set at $115,000.

These are unusual times. The New York overhead -- in terms of office, equipment and support staff expense -- was probably at an all-time low before we moved to the new office. I have factored that into my calculation.

Please consider my numbers and compensation proposal, and let me know what you think. I want the compensation to be fair and balanced for both me and the firm.

Thanks for the time and consideration that you give to my proposal.

Steve Kent

25,004
132,934
77,106
235,044

4/22/22
Calculation

**STEVEN KENT**
Attorney
**D:** 646.880.3712 **O:** 646.663.1860 **E:** skent@messner.com
88 Pine Street, Suite 2450, New York, NY 10005

**From:** Steven Kent
**Sent:** Tuesday, March 1, 2022 7:37 PM
**To:** Jim Smith <jsmith@messner.com>
**Cc:** Steven Kent <stevenkentatty@gmail.com>
**Subject:** Attorney Reviews

Hi Jim,

I tried to phone you but I appreciate these are busy times and you are focusing on many issues. After reading this email please let me know when would be a good time for a discussion, or you can call me at 646 641 2391.

Before we get to talk, I am submitting billing reports on my collections since September 2020 so you are brought current on my production.

When I started at Messner I was unsure where things were headed with my existing work and new business opportunities. The collections on the existing work have been fine. The total collected is about $247,000. I expect this level of billing to continue, but to increase somewhat if my biggest case cannot be settled and ends up going to trial.

Covid and Abby Nitka's departure have created something of a barrier to integrating the younger attorneys into my work, which I would have liked but did not accomplish. I have therefore done the "associate level" work myself and billed it at a somewhat higher rate (and the client has not objected).

Should there be a trial I will probably need junior associate and paralegal help while the trial lasts, which may be a month or more. I have involved Jason McIntyre in a separate case and he seems to be interested in participating in the bigger case for the trial experience. I have shared this possibility with Mikhail Shah and he has reacted positively.

Of course New York is a small office, and except for me, the attorneys are mostly working remote. Everyone seems to be getting their work done just fine, but as Covid recedes as a threat things hopefully will return to past practice and the attorneys start using our new office.

Attached is a summary of the billings on my biggest case and the Jason McIntyre assignment. This should give you a clear picture of the dollar values I have brought into the firm, and for what I think provides a basis for a fair compensation package. I propose that my compensation for the billings from September 2020, the date of the first bill, to February 2022, the most recent bill, be set at $115,000.

These are unusual times. The New York overhead -- in terms of office, equipment and support staff expense -- was probably at an all-time low before we moved to the new office. I have factored that into my calculation.

Please consider my numbers and compensation proposal, and let me know what you think. I want the compensation to be fair and balanced for both me and the firm.

Thanks for the time and consideration that you give to my proposal.

Steve Kent

SK-S-000299

TRAVELERS

Claim Legal and Specialized Services Operations
Travelers Claim Services
One Tower Square, 4MS
Hartford, CT 06183
TRVPanel@Travelers.com

March 29, 2022

Steven Kent, Esq.
Messner Reeves, LLP
88 Pine Street, Suite 2450
New York, NY 10005

## Travelers Non Panel Counsel Fee Agreement

Dear Mr. Kent

The Travelers Indemnity Company on behalf of itself and its property casualty insurance affiliates ("Travelers") is pleased to engage your firm as counsel for representation of Travelers and its insureds/accounts. This document serves as our Fee Agreement with you and incorporates Travelers Retention and Billing Policy attached.

Please note that this Fee Agreement applies to all your relationships with any Travelers Divisions unless otherwise agreed to in writing.

Upon receipt of a matter, the firm will conduct a thorough investigation adequate to discover any actual or potential conflict(s) of interest and notify the Travelers contact if any such conflict(s) exist. This notice must be in writing, stating the details giving rise to the conflict(s). If a conflict is found to exist, no representation of Travelers or a Travelers insured will be undertaken without first obtaining a waiver. All waivers must be in writing. Typically, Travelers waiver of a conflict of interest will be conditioned on the other client's written agreement not to object to the firm's continued representation of Travelers and/or Travelers insureds on existing and future matters. Should any conflict(s) of interest arise during the course of representation of a Travelers insured, the firm will take no action that would jeopardize the interest of the insured in the matter.

Please also note and acknowledge:

- This Fee Agreement and the attached Retention and Billing Policy will remain in effect until further notice. Your firm agrees to incorporate the terms of this Fee Agreement and the Billing Requirements into its business relationship with Travelers or Travelers insureds/accounts for as long as your representation of either continues. Therefore, you will be sure that all firm personnel are familiar with the Fee Agreement and Billing Requirements. The terms of this Fee Agreement apply to all offices and locations of your law firm unless otherwise noted.

- You agree to the following hourly rates for all matters assigned either by Travelers or by direct referral from a Travelers insured/account:

| | |
|---|---|
| Partners: | $ 235 |
| Associates: | $ N/A |
| Paralegals: | $ 95 |

- This agreement pertains to the specific handling of the following matter(s) :

**Matter / Claim Number:**

**FAW4563 – Monoky-Goldman, et al v. Bartlett Tree Service**

**Rates are effective beginning 4/1/2022**

- Any waiver from the terms or from the Fee Agreement ("Waiver") must be approved and documented by Travelers and maintained in your file.
- Travelers reserves the right to terminate its relationship with you at any time without notice.

Please acknowledge your acceptance of the terms of this Fee Agreement and the Billing Requirements by signing and returning this agreement via e-mail to: Travelers Local Service Center.

Your inquiry regarding billing or business issues for a specific case should be directed to the appropriate Travelers In-House Professional. General business questions should be directed to TRVPanel@Travelers.com

Enclosures: The Travelers Company Retention and Billing Policy

**I have received and carefully read this Fee Agreement and the attached Travelers Retention and Billing Policy for Outside Counsel. I affirm that the law firm agrees to the terms of the Fee Agreement set forth in this letter and to comply with the provisions of the Retention and Billing Policy. Additionally I affirm all firm attorneys and staff who work on Travelers matters will be familiar with the contents of the Fee Agreement and Retention and Billing Policy.**

**Signature:**

**Name (print):** Steven Kent

**Firm Name:** Messner Reeves, LLP

**Address:** 88 Pine St. Suite 2450, NY, NY 10005

**Tax Identification #:** 84-1303139

**Date:** March 29, 2022

**Steven Kent**

| | |
|---|---|
| **From:** | Jim Smith |
| **Sent:** | Wednesday, April 27, 2022 3:04 PM |
| **To:** | Steven Kent |
| **Subject:** | RE: Steven Kent Attorney Review |
| **Attachments:** | KENT 2021 Messner Reeves Profit + Loss Report.pdf; KENT Messner Reeves Profit + Loss Report 2022 Q1 DRAFT 1.pdf; KENT Messner Reeves Profit + Loss Report December 2020.pdf |

Steven, thanks for reaching out. I tried you a few times after our last call but was unable to connect. Please try me at your convenience to discuss. 303-250-514 5

I have attached you 2020, 2021, and 2022 Q1 P& L statements for reference.

Jim

JIM SMITH
President
**Messner Reeves LLP**
**O:** 303.623.1800 **E:** jsmith@messner.com
1430 Wynkoop Street, Suite 300 Denver, CO 80202

**From:** Steven Kent <SKent@messner.com>
**Sent:** Monday, April 25, 2022 9:19 AM
**To:** Jim Smith <jsmith@messner.com>
**Subject:** Steven Kent Attorney Review

Hi Jim,

I am writing to follow-up on an email exchange and a phone call we had about a month ago.

With your assistance on a billing rate Messner has with Travelers on another case, I compromised with the claims handler on a rate increase to $235. Not as much as I wanted, but an improvement. The new rate went into effect on April 1.

In addition to the numbers I provided last month, the February bill was $18,391.50 and March was $10,209.50. April will come in somewhere between those numbers, I think.

My calculation for my compensation prior to the most recent bills was $115,000, which is explained in my March email to you.

Let me know if that will work for the firm.

Thanks,

Steve

**Steven Kent**

---

**From:** Jim Smith
**Sent:** Thursday, April 28, 2022 12:10 PM
**To:** Steven Kent
**Cc:** stevenkentatty@gmail.com
**Subject:** RE: Steven Kent Attorney Review

Steven, per our conversation, Messner will wire you $25,000 for services rendered and the relationship between you and Messner Reeves LLP will terminate end of business on Friday 4/29/2022.

**JIM SMITH**
President
**Messner Reeves LLP**
**O:** 303.623.1800 **E:** jsmith@messner.com
1430 Wynkoop Street, Suite 300 Denver, CO 80202

**From:** Steven Kent <SKent@messner.com>
**Sent:** Thursday, April 28, 2022 10:07 AM
**To:** Jim Smith <jsmith@messner.com>
**Cc:** stevenkentatty@gmail.com
**Subject:** RE: Steven Kent Attorney Review

Routing number 021 000 322

Account number 483000650035

**STEVEN KENT**
Attorney
**D:** 646.880.3712 **O:** 646.663.1860 **E:** skent@messner.com
88 Pine Street, Suite 2450, New York, NY 10005

**From:** Jim Smith <jsmith@messner.com>
**Sent:** Wednesday, April 27, 2022 3:04 PM
**To:** Steven Kent <SKent@messner.com>
**Subject:** RE: Steven Kent Attorney Review

Steven, thanks for reaching out. I tried you a few times after our last call but was unable to connect. Please try me at your convenience to discuss. 303-250-514

I have attached you 2020, 2021, and 2022 Q1 P& L statements for reference.

Jim