USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**STEVEN KENT,**

**Plaintiff,**

**-against-**

**MESSNER REEVES LLP,**

**Defendant.**

---------------------------------------------------------------X

**25-CV-10515 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the completion of summary judgment briefing, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2026
New York, New York